AO 442 (Rev. 11/11) Arrest Warrant   FILED

# UNITED STATES DISTRICT COURT

2023 MAY -8 PM 3:31

for the

Middle District of Florida

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

RECEIVED MARSHAL

MIDDLE DIST. OF FLORIDA
FORT MYERS

| | |
|---|---|
| United States of America<br>v.<br><br>GAVIN MICHAEL HAROLD<br><br>Defendant | )<br>)  Case No.  2:23-cr-54-TPB-KCD<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  GAVIN MICHAEL HAROLD ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Possession of Child Pornography.

In violaton of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).

Date:  05/03/2023

_____
Issuing officer's signature

City and state:  Fort Myers, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* May 3rd 2023, and the person was arrested on *(date)* May 8, 2023
at *(city and state)* Ft. Myers, Florida.

Date: May 8th 2023

_____
Arresting officer's signature

Don Woelke - TFO/FBI
*Printed name and title*